# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>VERMAAT, MAARTEN | 2. Court or Organization<br><br>U.S. DISTRICT COURT, WESTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>04/27/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE (FULL-TIME) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| U.S. DISTRICT COURT, WESTERN DISTRICT OF MICHIGAN<br>202 W. WASHINGTON ST., BOX 698<br>MARQUETTE, MI 49855 |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 04/27/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | TRIMEDIA ENVIRONMENTAL & ENGINEERING SERVICES LLC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **VERMAAT, MAARTEN** | 04/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. mBank checking and money market accts | A | Interest | L | T | | | | | |
| 2. USAA Federal Savings Bank checking account | A | Interest | K | T | | | | | |
| 3. Michigan Education Savings Plan (MESP) Global Equity Index 529 | | None | L | T | | | | | |
| 4. MESP Principla Pluse Interest 529 | | None | K | T | Sold (part) | 12/28/20 | K | D | |
| 5. Vanguard Total Stock Market Index Fund Admiral Shs 529 | A | Dividend | K | T | Sold (part) | 08/11/20 | K | E | |
| 6. SA Invesco (formerly Oppenheimer) Main Street Large Cap Fund | | None | J | T | Sold (part) | 04/24/20 | J | D | |
| 7. SA JP Morgan Global Equities Portfolio | | None | J | T | Sold (part) | 04/24/20 | J | | |
| 8. SA JP Morgan Equity-Income Portfolio Fund | | None | J | T | | | | | |
| 9. SA Dogs of Wall Street Portfolio Fund | | None | J | T | | | | | |
| 10. SA Federated Hermes Corporate Bond Fund | | None | J | T | Buy (add'l) | 10/05/20 | J | | |
| 11. SA PineBridge High-YieldBond Portfolio Fund | | None | J | T | Buy (add'l) | 04/24/20 | J | | |
| 12. SA Morgan Stanley Int'l Equities Fund | | None | J | T | Sold (part) | 04/24/20 | J | B | |
| 13. SA WellsCap Aggressive Growth Fund | | None | J | T | Buy (add'l) | 04/24/20 | J | | |
| 14. | | | | | Sold (part) | 10/05/20 | J | B | |
| 15. SA AB Small & Mid Cap Value Portfolio Fund | | None | J | T | Buy (add'l) | 04/24/20 | J | | |
| 16. | | | | | Sold (part) | 10/05/20 | J | B | |
| 17. SA JP Morgan Emerging Markets Portfolio (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | SA Fidelity Institutional AM Real Estate (Y) | | | | | | | | | |
| 19. | SA JP Morgan MFS Core Bond Fund | | None | J | T | Buy<br>(add'l) | 04/24/20 | J | | |
| 20. | | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 21. | American Funds USG Money Market Fund F2 (AFGXX) (Y) | | | | | | | | | |
| 22. | iShares Core S&P Small Cap (IJR) | A | Dividend | | | Sold<br>(part) | 01/13/20 | J | B | |
| 23. | | | | | | Sold | 01/16/20 | J | B | |
| 24. | iShares S&P 500 (IVV) | A | Dividend | | | Sold<br>(part) | 01/13/20 | K | C | |
| 25. | | | | | | Sold | 01/16/20 | K | B | |
| 26. | iShares Russell 1000 Value ETF (IWD) | A | Dividend | K | T | | | | | |
| 27. | iShares Russell 1000 Growth ETF (IWF) | A | Dividend | K | T | | | | | |
| 28. | iShares Russell 2000 ETF (IWM) | A | Dividend | | | Sold | 03/31/20 | J | A | |
| 29. | iShares Core US Value ETF (IUSV) | A | Dividend | | | Sold<br>(part) | 01/13/20 | K | B | |
| 30. | | | | | | Sold | 01/16/20 | J | B | |
| 31. | iShares Core US Growth (IUSG) | A | Dividend | | | Sold<br>(part) | 01/13/20 | J | B | |
| 32. | | | | | | Sold<br>(part) | 01/16/20 | J | B | |
| 33. | | | | | | Sold | 03/31/20 | J | A | |
| 34. | Fedelity Cash Fund (FCASH) | A | Dividend | J | T | Buy<br>(add'l) | 12/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Fidelity Government Cash Reserves (FDRXX) | A | Dividend | J | T | Buy (add'l) | 12/31/20 | J | | |
| 36. | Vanguard Dividend Appreciation (VIG) | A | Dividend | J | T | | | | | |
| 37. | iShares iBoxx $ Investment Grade Corporate Bond (LQD) | A | Dividend | | | Sold (part) | 01/13/20 | K | C | |
| 38. | | | | | | Sold | 01/16/20 | J | A | |
| 39. | IShares Select Divident ETF (DVY) | A | Dividend | K | T | | | | | |
| 40. | Rydex S&P 500 Pure Growth H (RYAWX) | A | Dividend | | | Sold | 03/31/20 | J | A | |
| 41. | iShares Barclays Short Treasurey Bond (SHV) | A | Dividend | | | Sold | 01/16/20 | J | A | |
| 42. | iShares 3-7 Year Treasury Bond ETF (IEI) | A | Dividend | | | Sold (part) | 01/13/20 | K | A | |
| 43. | | | | | | Sold | 01/16/20 | J | A | |
| 44. | Banguard S&P 500 Growth ETF (VOOG) | A | Dividend | K | T | | | | | |
| 45. | iShares Core MSCI Emerging Markets (IEMG) | A | Dividend | | | Sold | 03/31/20 | J | A | |
| 46. | iShares Core MSCI EAFE ETF (IEFA) | A | Dividend | | | Sold | 03/31/20 | J | A | |
| 47. | iShares Broad USD High Yield Corp Bond ETF (USHY) | C | Dividend | L | T | Sold (part) | 01/13/20 | J | A | |
| 48. | | | | | | Buy (add'l) | 01/29/20 | J | | |
| 49. | | | | | | Buy (add'l) | 07/31/20 | J | | |
| 50. | | | | | | Buy (add'l) | 12/01/20 | J | | |
| 51. | Schwab Short-Term US Treasury (SCHO) | A | Dividend | J | T | Buy (add'l) | 01/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 01/16/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 56. | | | | | Sold<br>(part) | 11/05/20 | J | A | |
| 57. iShares Trust Core MSCi Europe ETF<br>(IEUR) | A | Dividend | J | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 01/16/20 | J | | |
| 59. | | | | | Sold<br>(part) | 01/29/20 | J | A | |
| 60. | | | | | Sold<br>(part) | 01/30/20 | J | A | |
| 61. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 62. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 63. | | | | | Sold<br>(part) | 04/17/20 | J | A | |
| 64. | | | | | Sold<br>(part) | 05/29/20 | J | A | |
| 65. | | | | | Sold<br>(part) | 06/01/20 | J | A | |
| 66. iShares Core MSCI Pacific (IPAC) | A | Dividend | | | Sold<br>(part) | 03/03/20 | J | A | |
| 67. | | | | | Sold | 03/04/20 | J | A | |
| 68. SPDR S&P 500 Growth (SPYG) | A | Dividend | K | T | Buy | 01/13/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| VERMAAT, MAARTEN | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 01/16/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 01/29/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 01/30/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 75. | | | | | Sold<br>(part) | 07/31/20 | J | A | |
| 76. | | | | | Sold<br>(part) | 08/31/20 | J | B | |
| 77. SPDR S&P 500 Value (SPYV) | A | Dividend | K | T | Buy | 01/13/20 | K | | |
| 78. | | | | | Buy<br>(add'l) | 01/16/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 01/29/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 01/30/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 83. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 84. | | | | | Sold<br>(part) | 07/31/20 | J | A | |
| 85. | | | | | Sold<br>(part) | 11/05/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares 3-7 Year Treasury Bond (SPIB) | B | Dividend | L | T | Buy | 01/13/20 | K | | |
| 87. | | | | | Buy (add'l) | 01/16/20 | J | | |
| 88. | | | | | Buy (add'l) | 01/29/20 | J | | |
| 89. | | | | | Sold (part) | 03/03/20 | J | A | |
| 90. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 91. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 92. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 93. | | | | | Sold (part) | 11/05/20 | J | A | |
| 94. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 95. iShares US Treasury Bond (GOVT) | A | Dividend | K | T | Buy | 01/13/20 | K | | |
| 96. | | | | | Buy (add'l) | 01/16/20 | J | | |
| 97. | | | | | Sold (part) | 01/29/20 | J | A | |
| 98. | | | | | Sold (part) | 01/30/20 | J | A | |
| 99. | | | | | Sold (part) | 03/03/20 | J | A | |
| 100. | | | | | Sold (part) | 03/04/20 | J | A | |
| 101. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 102. | | | | | Buy (add'l) | 08/31/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 11/05/20 | J | A | |
| 104. SPDR S&P 600 Small Cap Value (SLYV) | A | Dividend | K | T | Buy | 01/13/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 01/16/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 01/29/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 01/30/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 109. | | | | | Sold<br>(part) | 07/31/20 | J | A | |
| 110. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 111. | | | | | Sold<br>(part) | 12/01/20 | J | A | |
| 112. SPDR S&P 600 Small Cap Growth (SLYG) | A | Dividend | K | T | Buy | 01/13/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 01/16/20 | J | | |
| 114. | | | | | Sold<br>(part) | 01/29/20 | J | A | |
| 115. | | | | | Sold<br>(part) | 01/30/20 | J | A | |
| 116. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Mid-Cap Growth (VOT) | A | Dividend | K | T | Buy | 01/13/20 | J | | |
| 121. | | | | | Buy (add'l) | 01/16/20 | J | | |
| 122. | | | | | Sold (part) | 01/29/20 | J | A | |
| 123. | | | | | Sold (part) | 01/30/20 | J | A | |
| 124. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 125. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 126. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 127. Vanguard Mid-Cap Value (VOE) | A | Dividend | K | T | Buy | 01/13/20 | J | | |
| 128. | | | | | Buy (add'l) | 01/16/20 | J | | |
| 129. | | | | | Buy (add'l) | 01/29/20 | J | | |
| 130. | | | | | Buy (add'l) | 01/30/20 | J | | |
| 131. | | | | | Sold (part) | 07/31/20 | J | A | |
| 132. | | | | | Sold (part) | 11/05/20 | J | A | |
| 133. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 134. iShares National Munit Bond (MUB) | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 135. iShares Short-Term National Muni (SUB) | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 136. VanEck Vectors Hight Yield Muni (HYD) | A | Dividend | J | T | Buy | 03/31/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **VERMAAT, MAARTEN** | 04/27/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets listed in VII.A., lines 3-5 are held in 529 plans. The account statemens for the Michigan Educations Savings Plan (MESP) accounts (529 plans) identified in lines 3 and 4 do not list income. Instead, the statements list unit value. Thus, I have not listed income for these two accounts.

The assests listed in VII.A., lines 6-20 are part of an AIG Polaris Variable Annuity. The statements associated with these assets do on identify income. The statements identify unit value. Thus, I have not listed income for these accounts.

The asset identified in VII.A., line 6 was identified as "SA Oppenheimer Main St. Large Cap" in my report for 2019. The name has changed to "SA Invesco Main Street Large Cap."

The asset identified in VII.A., line 10 was identified as "SA Federated Corporate Bond Fund" in my report for 2019. The name has changed to "SA Federated Hermes Corporate Bond Fund."

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 04/27/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MAARTEN VERMAAT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544